# United States Savings & Loan Co. *et al.* v. Smith.

APPEAL from Birmingham City Court, in Equity. Heard before the Hon. H. A. SHARPE.

WHITE & HOWZE, for appellants.

C. B. POWELL, for appellee.

The decree in this case is affirmed on the authority of *Lindsay v. United States Savings & Loan Co. ante*, p. 156.

Opinion by BRICKELL, C. J.

---

# New South Building & Loan Association v. Slaughter.

APPEAL from the City Court of Talladega, in Equity. Heard before the Hon. JOHN W. BISHOP.

WHITSON & GRAHAM, for appellant.

KNOX, BOWIE & DIXON and BROWNE & DRYER, for appellee.

The decree in this case is affirmed on the authority of *Lindsay v. United States Savings & Loan Co., ante*, p. 156.

Opinion PER CURIAM.